121 A.3d 432

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Shawn Patrick McGINNIS, Jr., Appellee.**

**No. 31 MAP 2015.**

Supreme Court of Pennsylvania.

Aug. 6, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2015, the Motion to Quash is **GRANTED.**